# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2420
Lower Tribunal No. 01-CF-001334

_____

ISAAC SUTTON, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County.
Margaret O. Steinbeck, Judge.

June 18, 2024

PER CURIAM.

AFFIRMED.

WHITE, SMITH and BROWNLEE, JJ., concur.

Robert P. Harris, of Harris Law Firm, Fort Myers, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED